LOUIS ROSENBLATT, Respondent, v. JOHN O. NELSON, Appellant, Impleaded with Others, Defendants. (Action No. 2.) — Motion for stay denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

ELIZABETH SCHELLING, as Administratrix, etc., of CHARLES SCHELLING, Deceased, Appellant, v. THOMAS F. TUOHY & Co., INC., Respondent.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

NATHAN SCHWARTZ, Respondent, v. CHARLES I. PINNER, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

FRANK ANTHONY SCHWICK, Respondent, v. YELLOW TAXI CORPORATION, Appellant. FRANK ANTHONY SCHWICK, Respondent, v. YELLOW TAXI COR-PORATION, Appellant.— Motions for stay denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

MARY SIMCOX, as Administratrix, etc., of THOMAS SIMCOX, Deceased, Respondent, v. BROOKLYN EASTERN DISTRICT TERMINAL, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present— Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

GEORGE WALKER and Another, Respondents, v. EDMUND H. SMITH and Others, Appellants.— Motion for extension of time to answer granted. Defendants' time to answer extended ten days after the decision of the appeal, upon condition that appellants perfect the appeal and bring the same on for argument on October 16, 1925. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

RAYMOND K. WILSON, Respondent, v. CHARLES A. KREMP, Appellant.— Motion to dismiss appeal granted, with ten dollars costs. (See Civ. Prac. Act, § 282.) Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

· LUCY YACKEL, Appellant, v. GUSTAVE YACKEL and Another, Respondents.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

ANTON HARTL and Another, Doing Business under the Firm Name, etc., Respondents, v. ANTON HOPPE, Appellant.— Order affirmed on argument, with ten dollars costs and disbursements. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

FRANK ANTHONY SCHWICK, Respondent, v. YELLOW TAXI CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

FRANK ANTHONY SCHWICK, Respondent, v. YELLOW TAXI CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

HERMAN RODGERS and Others, Respondents, v. BERTHA DEVELOPMENT COM-